AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 23-20408-CR-BLOOM |
| Jeffrey Draesel, Jr., | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/18/2023

_____
Defendant's signature

_____
Signature of defendant's attorney

MICHAEL 9. Smith
Printed name of defendant's attorney

_____
Judge's signature

Patrick M. Hunt, USMJ
Judge's printed name and title